**REDACTED**

JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | [Name previous charging document, if any]: | Criminal Number: 2:24cr7 |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | • February 14, 2024 @ 2:30 pm |
| | R 20/R 40 from District of _____. | |

## Defendant Information:

Juvenile: Yes ☐  No ☒   FBI#

Defendant Name: Dennis Edward Ross     Alias Name(s):

Address: Unknown

Birth Date: 1986   SS#: xxx-xx-8260   Sex: Male   Race: White   Nationality: USA   Place of Birth:

Height: 0'0"   Weight: lbs.   Hair:   Eyes:   Scars/Tattoos:

Interpreter: Yes ☐  No ☐   List Language and/or dialect:

## Location Status:

Arrest Date:

☒ Already in Federal Custody as of:           in:

☐ Already in State Custody        ☐ On Pretrial Release        ☐ Not in Custody

☐ Arrest Warrant Requested       ☐ Fugitive                   ☐ Summons Requested

☐ Arrest Warrant Pending         ☐ Detention Sought           ☐ Bond

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

AUSA: Elizabeth Yusi     Telephone No. 757-441-6331     Bar #:

**Complainant Agency, Address & Phone Number or Person & Title:**

Deputy U.S. Marshal Jeffrey Imgrund

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2250 | Failure to Register as a Sex Offender | 1 | Felony |